# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

TODD COOPER,

        Plaintiff,

vs.

DELTA AIR LINES, INC.

        Defendant.

Civil Action No. 2:08-cv-00997 (DMC-MF)

**ORDER**

IT IS on this __3__ day of __Oct.__, 2008, the Plaintiff requested an extension of time to file its Opposition Memorandum in Response to Defendant's Motion to Dismiss;

**NOW THEREFORE,** the Court hereby revised the motion schedule as follows:

    1.    Plaintiff shall submit its opposition to the Motion to Dismiss by October 31, 2008;

    3.    Defendant shall submit its reply, if any, by November 14, 2008; and

    4.    A copy of this Order shall be served upon counsel for Plaintiff within seven (7) days of its receipt by counsel for Plaintiff.

                                        Hon. Mark Falk, U.S.M.J.