United States District Court
for the District of New Jersey

| | |
|---|---|
| TODD COOPER | : |
| | : |
| | : Civil No. 08-997 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| | : Order of Reassignment |
| DELTA AIRLINES | : |
| | : |
| Defendant | : |
| | : |

It is on this 14th day of October 2008,

O R D E R E D that the entitled action is reassigned

from Judge Dennis M. Cavanaugh to Judge Harold A. Ackerman.


    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court